DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re A.K.<br><br>Case Below:<br>168 N.C. App. 595 | No. 139PA05 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA04-986) | Allowed 06/30/05 |
| In re A.N.B.<br><br>Case Below:<br>165 N.C. App. 705 | No. 428PA04 | Respondent's Motion to Dismiss Appeal and Motion to Strike Brief and Appendix | Allowed **04/21/05** |
| In re B.N.H.<br><br>Case Below:<br>170 N.C. App. 157 | No. 279P05 | Respondent's (Mother- Leigh Ann H.) PDR Under N.C.G.S. § 7A-31 (COA04-846) | Denied 06/30/05 |
| In re D.M.H., Jr.<br><br>Case Below:<br>163 N.C. App. 38 | No. 228P04 | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA03-31) | Denied 06/30/05 |
| In re K.B.B. & K.A.B.<br><br>Case Below:<br>168 N.C. App. 728 | No. 179P05 | 1.  Respondent's (Shannon B.) PDR Under N.C.G.S. § 7A-31 (COA04-179)<br><br>2.  Petitioner's (Guilford Co. DSS ) Motion to Dismiss PDR<br><br>3.  Respondent's (Mother, Shannon B.) Motion for Temporary Stay<br><br>4.  Respondent's (Mother, Shannon B.) Petition for Writ of Supersedeas No. | 1. Denied 05/04/05<br><br>2. Dismissed as moot 05/04/05<br><br>3. Denied **04/28/05**<br><br>4. Denied 05/04/05 |
| In re L.E.B. & K.T.B.<br><br>Case Below:<br>169 N.C. App. 375 | No. 218P05 | 1.  Petitioners' (New Hanover County DSS and Guardian Ad Litem) PDR Under N.C.G.S. § 7A-31 (COA04-463)<br><br>2.  Respondent's (Mother) Motion to Dismiss PDR<br><br>3.  Guardian Ad Litem's Motion to Dismiss PDR | 1. Denied 06/30/05<br><br>2. Dismissed as moot 06/30/05<br><br>3. Dismissed as moot 06/30/05 |
| In re M.I.V., D.C.B., J.T.B.<br><br>Case Below:<br>168 N.C. App. 595 | No. 163P05 | Respondent's (Tania Valentin) PDR Under N.C.G.S. § 7A-31 (COA04-320) | Denied 05/04/05 |